IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JOSE ADALBERTO TOMAYO BAUTISTA,    *

               Petitioner,    *

v.    Case No. 4:25-CV-00341-CDL-AGH

                                       *

PAMELA BONDI, et al,

                                       *

               Respondents.

                                       *

## J U D G M E N T

Pursuant to this Court's Order dated April 24, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 24th day of April, 2026.

                         David W. Bunt, Clerk


                         s/ Angelica E. Niccolai, Deputy Clerk